# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BRULEE, et al., <br><br> Plaintiff, <br><br> v. <br><br> GEICO INSURANCE AGENCY INC., et al., <br><br> Defendant. | Case No.: 1:17-cv-01434 - DAD – JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET AND TERMINATE GEICO INSURANCE AGENCY, INC. AS A DEFENDANT IN THIS ACTION <br><br> (Doc. 9) |

On November 28, 2017, Plaintiffs filed a Notice of Voluntary Dismissal of Defendant Geico Insurance Agency pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss claims "without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Based upon the notice filed by Plaintiffs, the Court **ORDERS**: The Clerk of Court is **DIRECTED** to update the docket and terminate Geico Insurance Agency in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __December 5, 2017__      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1