1  HEATHER M. MCKEON, ESQ.: SBN: 186414
   E-mail: hmckeon@tharpe-howell.com
2  **THARPE & HOWELL, LLP**
   15250 Ventura Boulevard, Ninth Floor
3  Sherman Oaks, CA 91403
   (818) 205-9955; (818) 205-9944 fax
4
   Attorneys for Defendant,
5  MIDVALE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BRULEE, an individual, TOOLS N THANGS INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>GEICO INSURANCE AGENCY INC, a Maryland corporation; MIDVALE INDEMNITY COMPANY, an Illinois corporation, GALLAGHER BASSETT SERVICES INC., an Illinois corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:17-CV-01434-JLT<br><br>Complaint Filed: October 24, 2017<br>*[assigned to Jennifer L. Thurston, U.S. Magistrate Judge]*<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE; [PROPOSED] ORDER ADVANCING PRETRIAL CONFERENCE**<br>(Doc. 25) |

## STIPULATION TO CONTINUE PRETRIAL CONFERNCE

Plaintiff Tools N' Thangs Inc., and Defendant Midvale Insurance Company hereby enter into this stipulation by and through their counsel of record.

Whereas the pre-trial conference in this action is scheduled to be held on November 9, 2018;

Whereas Defendant's trial counsel has a scheduling conflict, created by a recently ordered Department of Insurance mediation, precluding her from attending the pre-trial conference on November 9, 2018;

Whereas Plaintiff is agreeable to continuing the pre-trial conference to

- 1 -
STIPULATION TO CONTINUE PRETRIAL CONFERENCE; [PROPOSED] ORDER ADVANCING
PRETRIAL CONFERENCE
Case No.: 1:17-CV-01434-JLT

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

accommodate counsel's schedule; and

Whereas the Parties have agreed to a one-week continuance of the pre-trial conference to November 16, 2018. Note that this agreement will not affect the deadline for filing the joint pre-trial statement. <u>This is not a request to continue the December 10, 2018 trial date or the November 13, 2018 settlement conference</u>.

The parties hereby stipulate as follows:

1. The November 9, 2018 pre-trial conference should be continued to November 16, 2018; and
2. The Parties' deadline to file their joint pre-trial statement will remain unchanged as a result of this stipulation.

IT SO STIPULATED

Dated: October 17, 2018                                MARDEROSIAN & COHEN

By:    /s/ Heather Cohen
    MICHAEL G. MARDEROSIAN
    HEATHER COHEN
    Attorneys for Plaintiff
    TOOLS N THANGS, INC.

Dated: October 17, 2018                                THARPE & HOWELL, LLP

By:    /s/ Heather M. McKeon
    HEATHER M. MCKEON
    Attorney for Defendant
    MIDVALE INDEMNITY COMPANY

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

## [**PROPOSED**] ORDER

Upon consideration of the Parties' stipulation and good cause appearing, it is hereby ORDERED as follows:

1. The November 9, 2018 pre-trial conference is hereby ADVANCED to November 5, 2018[1], at 10:00 a.m.
2. The deadline for the parties to file their joint pre-trial statement is unchanged.

IT IS SO ORDERED.

Dated: **October 18, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The date proposed by the stipulation is not available to the Court.