# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BRULEE, et al., | ) Case No.: 1:17-cv-01434 - JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 36) |
| MIDVALE INDEMNITY COMPANY, et al., | ) |
| Defendants. | ) |

On November 14, 2018, the plaintiff filed a Notice of Settlement. (Docs. 35, 36) Plaintiff reports the parties are currently "preparing and finalizing the Settlement Agreement and Release." (Doc. 36 at 1) Plaintiff requests the parties have thirty days to file the stipulation for dismissal. (*Id.*) Thus, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **December 14, 2018**; and
2. All other pending deadlines, conferences, hearings, and trial dates are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions.**

IT IS SO ORDERED.

Dated: **November 15, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE