**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOPHIA BRULEE, et al., </br> Plaintiffs, </br> v. </br> MIDVALE INDEMNIY COMPANY, et al., </br> Defendants. | Case No.: 1:17-cv-1434- JLT </br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION </br> (Doc. 38) |

On November 30, 2018, the parties filed a "Stipulation of Dismissal," indicating the all remaining parties agreed that the action is "dismissed in its entirety without prejudice." (Doc. 38 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."

Because all parties signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **December 3, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE