# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA BRULEE, et al., | ) Case No.: 1:17-cv-1434- JLT |
| Plaintiffs, | ) ORDER DISMISSING THE ACTION WITH PREJUDICE |
| v. | ) |
| MIDVALE INDEMNITY COMPANY, et al., | ) (Doc. 38) |
| Defendants. | ) |

On November 30, 2018, the parties filed a "Stipulation of Dismissal," indicating the all remaining parties agreed that the action is "dismissed in its entirety with prejudice." (Doc. 38 at 1) Therefore, the action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **December 7, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE